BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

FILED

MAY 19 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF THE APPLICATION OF THE UNITED STATES OF AMERICA FOR CRIMINAL COMPLAINT AND ARREST WARRANT | Case No.  2:11-mj-0140 GGH<br><br>ORDER RE: REQUEST TO UNSEAL CRIMINAL COMPLAINT, ARREST WARRANT AND SUPPORTING AFFIDAVIT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the Criminal Complaint, Arrest Warrant, and Affidavit of DEA Task Force Officer Gary Malmquist in support thereof in the above-captioned proceeding be and are hereby unsealed.

Date: May __19__, 2011

_____
DALE A. DROZD
United States Magistrate Judge

1